**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LYMAN COMMERCE SOLUTIONS, INC,,

       Plaintiff(s),                                        Case No. 12 Civ 4398

   -against-

CONRAD LUNG, ET AL.,

       Defendant(s).
------------------------------------------------------------------------X
CONRAD LUNG and LUNG'S CONSULTANTS LLC,

       Third Party Plaintiff(s),

   -against-                                            AFFIDAVIT OF SERVICE

MARTIN WEISFELD, ET AL.,

       Third Party Defendant(s).
------------------------------------------------------------------------X
STATE OF NEW YORK  )
                              S.S.:
COUNTY OF ROCKLAND  )

       DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 9TH day of January, 2014, at approximately the time of 7:03pm, deponent served a true copy of the THIRD PARTY SUMMONS, ANSWER, AMENDED AFFIRMATIVE DEFENSES, CROSS-CLAIMS, THIRD PARTY CLAIMS & JURY DEMAND upon Marc Mazur at 40 Beech Tree Lane, Pelham, NY 10803 by personally delivering and leaving the same with his wife Nora Mazur, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if Marc Mazur is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Nora Mazur is a white female, approximately 47 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 110 pounds with dark brown hair, brown eyes and glasses.

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 10th day of January, 2014, deponent served another copy of the foregoing upon Marc Mazur by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Suffern and State of New York, addressed as follows:

Marc Mazur
40 Beech Tree Lane
Pelham, NY 10803

_____
DAVID KSIAZEK

Sworn to before me this
10th day of January, 2014

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com