UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LYMAN COMMERCE SOLUTIONS, INC.,
                    Plaintiff,

12 **CIVIL** 4398 (TPG)

-against-

**RULE 54(b) JUDGMENT**

CONRAD LUNG, RICHARD GILBERT, et al.,
                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/20.5

Whereas in an opinion dated April 20, 2015, the court having granted plaintiff's motion for partial summary judgment on Count One of the Complaint; the court then having directed the parties to submit a joint letter setting forth their views as to the remedies that the court should order consistent with its summary judgment opinion; the parties having submitted their joint submissions, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on July 15, 2015, having rendered its Opinion that there is no just reason for delay, directing that final judgment upon certain issued be entered as follows:

1. The court determines that plaintiff is entitled to final judgment under Fed. R. Civ. P. 54(b);

    a. The judgment shall not be joint and several, but instead is enforceable against each defendant only for the amount of the fraudulent conveyance received by that defendant as determined in the court's April 20, 2015 opinion, plus applicable prejudgment interest;

2. The court determines that plaintiff is entitled, under New York law, to prejudgment interest in the amount of 9% per annum;

3. Accordingly, the Clerk of Court is directed to enter final judgment, in favor of plaintiff and against each defendant, as set forth below:

a. Judgment in the amount of $1,700 against Richard Gilbert, plus prejudgment interest in the amount of 9% per annum, running from March 17, 2009 the date of this opinion;

b. Judgment in the amount of $1,783,300 against R.D. Simpson, Inc., plus prejudgment interest in the amount of 9% per annum, running from March 17, 2009 through the date of this opinion;

c. Judgment in the amount of $85,000 against the Richard Gilbert Family Trust, plus prejudgment interest in the amount of 9% per annum, running from March 17, 2009 that the date of this opinion;

d. Judgment in the amount of $1,200,000 against Lung's Consultants, LLC, plus prejudgment interest in the amount of 9% per annum, running from March 17, 2009 through the date of this opinion; it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated July 15, 2015, there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), final judgment upon certain issues is entered as follows:

1. This judgment shall not be joint and several, but instead is enforceable against each defendant only for the amount of the fraudulent conveyance received by that defendant as determined in the court's April 20, 2015 opinion, plus applicable prejudgment interest;

2. Plaintiff is entitled, under New York law, to prejudgment interest in the amount of 9% per annum;

3. Final judgment in favor of plaintiff and against each defendant is entered as set forth below:

a.  in the amount of $1,700 against Richard Gilbert, plus prejudgment interest at 9% per annum of $968.72, for a total sum of $2,668.82;

b.  in the amount of $1,783,300 against R.D. Simpson, Inc., plus prejudgment interest at 9% per annum of $1,016,187.85, for a total sum of $2,799,487.85;

c.  in the amount of $85,000 against the Richard Gilbert Family Trust, plus prejudgment interest at 9% per annum of $48,436.03, for a total sum of $133,436.03; and

d.  in the amount of $1,200,000 against Lung's Consultants, LLC, plus prejudgment interest at 9% per annum of $683,802.74, for a total sum of $1,883,802.74.

**Dated:** New York, New York
July 20, 2015

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____