UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYMAN COMMERCE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CONRAD LUNG, RICHARD GILBERT, LUNG'S CONSULTANTS LLC, R.D. SIMPSON, INC., THE RICHARD GILBERT FAMILY TRUST, and IRWIN LEVY AS TRUSTEE OF THE RICHARD GILBERT FAMILY TRUST, <br><br> Defendants. | Case No.: 12 Civ. 4398 (TPG) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF SPECIFIC THIRD-PARTY CLAIMS** |
| CONRAD LUNG and LUNG'S CONSULTANTS LLC, <br><br> Third-Party Plaintiffs, <br><br> -against- <br><br> MARTIN WEISFELD, MARTIN WEISFELD ENTERPRISES, INC., GEORGE FONTINI, G.J.F. APPAREL SALES, LTD., JO ANN JACOBSEN, TINKERBELLE ASSOCIATES, INC., DONALD JACKSON and MARC MAZUR, <br><br> Third-Party Defendants. | |

Pursuant to Rules 4 1(a)(l)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Defendants/Third-Party Plaintiffs Conrad Lung and Lung's Consultants LLC (together the "LungDefendants") hereby give notice that their Third-Party claims against Third-Party Defendant Marc Mazur are dismissed with prejudice and without costs to any party.

Dated: New York, New York
April 6, 2016

                SALON MARROW DYCKMAN
                 NEWMAN & BROUDY, LLP

By: _____
     Daniel I. Goldberg
     Attorneys for Defendants/Third-Party Plaintiffs
     292 Madison Avenue
     New York, New York 10017
     646-843-1905