UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYMAN COMMERCE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>CONRAD LUNG, RICHARD GILBERT, LUNG'S CONSULTANTS LLC, R.D. SIMPSON, INC., THE RICHARD GILBERT FAMILY TRUST, and IRWIN LEVY AS TRUSTEE OF THE RICHARD GILBERT FAMILY TRUST,<br><br>Defendants. | Case No.: 12 Civ. 4398 (TPG)<br><br>AND ORDER<br>**NOTICE OF VOLUNTARY DISMISSAL OF SPECIFIC THIRD-PARTY CLAIMS** |
| CONRAD LUNG and LUNG'S CONSULTANTS LLC,<br><br>Third-Party Plaintiffs,<br><br>-against-<br><br>MARTIN WEISFELD, MARTIN WEISFELD ENTERPRISES, INC., GEORGE FONTINI, G.J.F. APPAREL SALES, LTD., JO ANN JACOBSEN, TINKERBELLE ASSOCIATES, INC., DONALD JACKSON and MARC MAZUR,<br><br>Third-Party Defendants. | |

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Defendants/Third-Party Plaintiffs Conrad Lung and Lung's Consultants LLC (together the "LungDefendants") hereby give notice that their Third-Party claims against Third-Party Defendant Marc Mazur are dismissed with prejudice and without costs to any party.

Dated: New York, New York
April 6, 2016

                SALON MARROW DYCKMAN
                NEWMAN & BROUDY, LLP

                By: _____
                    Daniel I. Goldberg
                    Attorneys for Defendants/Third-Party Plaintiffs
                    292 Madison Avenue
                    New York, New York 10017
                    646-843-1905

So Ordered: _____
                 HON. THOMAS P. GRIESA, USDJ

                 4-06-2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/06/2016
```